

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Mar 18, 2022

**Server Name:** April Lewis



| Entity Served | TARGET CORPORATION |
| --- | --- |
| Case Number | 50 2022 CA 002265 XXXXMB |
| Jurisdiction | FL |

**Exhibit 2**

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2022-CA-002265-XXXX-MB

MARISOL RODRIGUEZ AMORTEGUI,

           Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

           Defendant.
_____/



## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED TO serve this summons and a copy of the Complaint with Interrogatories and Request for Production in the above styled case upon:

| | |
|---|---|
| Defendant: | TARGET CORPORATION |
| By Serving Registered Agent: | CT Corporation System |
| Address: | 1200 S Pine Island Rd |
| | Plantation, FL 33324 |

Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to wit: LEEDER LAW, P.A., Attorney for Plaintiff, 8551 West Sunrise Blvd., Ste. 202, Plantation, Florida 33322, (954) 734-2382 within (20) days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint.

**Mar 15 2022**
DATED this _____, 2022.

JOSEPH ABRUZZO,
as Clerk of said Court

BY: _____
as Deputy Clerk **JOSIE LUCCE**
(Court Seal)

**Exhibit 2**

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.:

MARISOL RODRIGUEZ AMORTEGUI,

        Plaintiff,

vs.

TARGET CORPORATION,
a Foreign Profit Corporation,

        Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, MARISOL RODRIGUEZ AMORTEGUI, by and through undersigned counsel, files this lawsuit against the Defendant, TARGET CORPORATION, and alleges as follows:

1. This is an action for damages in excess of $30,000.00.

2. At all times material hereto, Plaintiff, MARISOL RODRIGUEZ AMORTEGUI, is a resident and citizen of Palm Beach County, Florida, is over the age of eighteen (18) years and is otherwise sui juris.

3. At all times material hereto, Defendant, TARGET CORPORATION (referred to herein as "TARGET"), is a Foreign Profit Corporation, duly authorized to do and doing business in Palm Beach County, Florida.

4. At all times material hereto, Defendant, TARGET, has agents, employees, and representatives conducting customary business in Palm Beach County, including operating approximately nine TARGET stores in the county.

**Exhibit 2**

5. At all times material hereto, Defendant, TARGET owned, controlled, possessed, and maintained the property located at 3343 Daniels Road, Winter Garden, FL 34787.

6. At all times material hereto, Plaintiff, MARISOL RODRIGUEZ AMORTEGUI, was rightfully on the premises as a business invitee.

7. At all times material hereto, Defendant, TARGET had a duty to use reasonable care to protect the Plaintiff, MARISOL RODRIGUEZ AMORTEGUI from dangerous conditions existing on said premises of which they knew, or should have known.

8. On or about October 7, 2020, the Defendant, TARGET, and/or its employees, servants or agents, acting in the course and scope of their employment, were negligent in one or more of the following particulars:

  (a) Creating and/or permitting a dangerous and unsafe condition, to-wit: failing to maintain the floors near the electronics department and keep them clear of a wet, slippery substance;
  (b) Failing to maintain the floors in said area;
  (c) Otherwise, owning, maintaining, possessing, or controlling said floor in a dangerous, hazardous and unsafe condition(s);
  (d) Failing to have proper procedures to identify such dangerous, hazardous and unsafe conditions;
  (e) Failing to inspect the premises for hazardous conditions;
  (f) Failing to adequately warn of said dangerous hazardous and unsafe conditions in said area; and
  (g) Other negligent actions or omissions to be determined through discovery.

9. At all times material hereto, the Defendant, TARGET, knew or should have known of the existence of said dangerous, hazardous, or unsafe condition(s) of the floor.

10. As a proximate result of the negligence, the Plaintiff, MARISOL RODRIGUEZ AMORTEGUI, was injured when she slipped and fell as a result of a wet, slippery substance on the floor.

11. As a direct and proximate result of the aforementioned negligence of

**Exhibit 2**

Defendant, TARGET, the Plaintiff, MARISOL RODRIGUEZ AMORTEGUI was injured in and about her body and extremities, suffered pain and mental anguish therefrom, loss of capacity for the enjoyment of life, was required to and did receive medical care, treatment, and related expenses as a result of his injuries, suffered great pain and will continue permanently to suffer great pain, and has suffered and sustained permanent injury within a reasonable degree of medical probability and/or aggravated a pre-existing injury or condition thereto; and said injuries are either permanent or continuing in their nature, that her working ability was impaired and she suffered a resultant loss of earnings and will suffer such losses and impairments in the future, as well as conditions not yet diagnosed; that all of said injuries were caused solely by the negligence and carelessness of the Defendant, TARGET.

**WHEREFORE**, the Plaintiff, MARISOL RODRIGUEZ AMORTEGUI, demands judgment against the Defendant, TARGET, and a trial by jury of all issues triable in this cause.

Dated this 10th day of March, 2022.

## LEEDER LAW
Attorneys for Plaintiff
8551 West Sunrise Blvd., Ste. 202
Plantation, FL 33322
Tel: (954) 734-2382
Pleadings@leederlaw.com

By: /s/ *Thomas H. Leeder*

**THOMAS H. LEEDER, ESQ.**
FBN: 746401
**ANDREW R. SMITH, ESQ.**
FBN: 107083

**Exhibit 2**